UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>ARAUJO'S MEXICAN GRILL INC., et al.,<br><br>    Defendants. | Case No. 22-cv-01642-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The Court being informed that the parties have settled this matter, all previously scheduled deadlines and appearances are vacated. On or before **December 9, 2022**, a stipulated dismissal shall be filed pursuant to Fed. R. Civ. P. 41(a)(1).

If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **December 20, 2022 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **December 13, 2022** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: October 20, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge