# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON<br><br>Plaintiff,<br><br>v.<br><br>ARAUJO'S MEXICAN GRILL INC., *et al.*,<br><br>Defendants. | Case No. 5:22-cv-01642-VKD<br><br>**ORDER DISMISSING DEFENDANTS and DOES 1-10 inclusive** [PROPOSED]<br><br>Re: Dkt. No. 20 |

The Court hereby dismisses this matter with prejudice as to Defendants Araujo's Mexican Grill Inc., Cuc-Trinh Nguyen, and Does 1-10 inclusive, with each party to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: November 3, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge